**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01074-CR

**DAVID ANTHONY MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-00275-Y**

## ORDER

Appellant's May 8, 2013 motion to extend the time to file his brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **SEVEN DAYS** from the date of this order.

/s/    LANA MYERS
           JUSTICE